No. 77-5229. LUNSFORD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 77-5244. HART v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77-5303. WRIGHT v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 77-5309. CAMPBELL v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 77-5326. CRADDOCK v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 77-5330. COLLINS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 77-5331. HOLMQUIST v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 77-5344. HUNTER ET UX. v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 77-5345. PATNO v. NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 77-5346. O'CONNOR v. O'CONNOR. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 77-5350. COCHRAN v. BAYER. C. A. 6th Cir. Certiorari denied.

No. 77-5351. ARCENEAUX v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 77-5352. PULLEY v. THOMPSON, WARDEN. C. A. 6th Cir. Certiorari denied.